Signed: June 22, 2010

**SO ORDERED**
**Provided that all lien holders are paid**
**at settlement unless they have consented**
**otherwise in writing.**



**THOMAS J. CATLIOTA**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In Re: TIMOTHY ALLEN BURKE      *

     *   Case No. 10-18142

     *

     *   Chapter 7

     Debtor      *

**************************************

TIMOTHY ALLEN BURKE      *

     Debtor/Movant      *

     vs.      *

US BANK Home Mortgage      *
Serve: Amanda Fischer,
Servicing Compliance Officer      *
4801 Frederica Street
Owensboro, KY 42304      *
Secured Creditor/Lienholder

     *

     and      *

     *

Montgomery County Teachers Federal
 Credit Union      *
Serve: Thomas Beck, President/CEO
PO Box 1250      *
Rockville, MD 20849-1250
Secured Creditor/Lienholder      *

     and      *

GARY A. ROSEN                              *
One Church Street, Suite 802
Rockville, MD 20850                        *
Chapter 7 Trustee
                                           *
Respondents

<u>CONSENT ORDER GRANTING</u>
<u>MOTION TO SELL REAL PROPERTY LOCATED AT</u>
<u>9 HARKNESS COURT, GAITHERSBURG, MARYLAND 20879</u>
<u>FREE AND CLEAR OF  LIENS, CLAIMS AND ENCUMBRANCES</u>

This matter having come before the Court on Debtor's Motion to Sell Real Property Located at 9 Harkness Court, Gaithersburg, Maryland 20879, Free and Clear of Liens, Claims and Encumbrances, the Court finds notice of the Motion is adequate as given to all interested parties. The Court finds that the sale price is fair and reasonable and provides adequate protection to the secured parties, and the Court finds that Mark D. Nee, the proposed purchaser is a good faith purchaser.

The Court having considered the Motion and the opposition, if any, thereto, and finding that good cause exists to grant the relief requested, it is hereby,

ORDERED, that the Motion be and the same hereby is GRANTED, provided, however that the proposed sale is subject to US Bank Home Mortgage, Respondent, granting final approval to and consenting to the proposed short sale of 9 Harkness Court, Gaithersburg, MD 20879; and it is,

FURTHER ORDERED that Timothy Allen Burke, the Debtor, is authorized to pay at closing from the proceeds of sale any ordinary and reasonable closing costs as set forth in the contract of sale, including but not limited to a real estate commission of 5% of the gross sales price plus a $349.00 administrative commission, a contribution towards Purchaser's closing costs of $10,470.00 of the gross sales price from proceeds, and one-half of the recordation and state and local transfer taxes; and it is,

FURTHER ORDERED that Timothy Allen Burke, the Debtor, is authorized to sell the real property known as 9 Harkness Court, Gaithersburg, MD 20879, on the terms and conditions of the Residential Contract of Sale by and between Timothy Allen Burke and Connie E. Burke, Sellers, and Mark D. Nee, Purchaser, attached to the aforementioned Motion to Sell Real Property Located at 9 Harkness Court, Gaithersburg, MD 20879, Free and Clear of Liens, Claims and Encumbrances as Exhibit A, free and clear of liens, claims and encubrances, with any liens transferring to and attaching to the net proceeds of sale in the same priority as they attached to the Property; provided, however that  the proposed sale is subject to US Bank Home Mortgage, Respondent, granting final approval to and consenting to the proposed short sale of 9 Harkness Court, Gaithersburg, MD 20879.

I consent to the foregoing Order:

/s/Lawrence E. Heffner, Jr.
Lawrence E. Heffner, Jr., Esq.,
Attorney for Timothy Allen Burke, Debtor/Movant
Federal Bar I.D. Bar No. 08692
lheffner@prodigy.net

Seen and agreed:


/s/Mark S. Devan
Mark S. Devan, Esq.
Attorney for US Bank Home Mortgage, Respondent
Federal Bar I.D. Bar No. 07743

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

/s/Lawrence E. Heffner, Jr.
Lawrence E. Heffner, Jr., Esq.,
Attorney for Timothy Allen Burke, Debtor/Movant

Copies to:
Timothy Allen Burke, Debtor

Lawrence E. Heffner, Jr.
Attorney for the Debtor

US BANK Home Mortgage
Serve: Amanda Fischer,
Servicing Compliance Officer
4801 Frederica Street
Owensboro, KY 42304
Secured Creditor/Lienholder

Montgomery County Teachers Federal
 Credit Union
Serve: Thomas Beck, President/CEO
PO Box 1250
Rockville, MD 20849-1250
Secured Creditor/Lienholder

Mark S. Devan
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD 21204
Attorney for Respondent

Gary A. Rosen, Chapter 7 Trustee

All Creditors and persons requesting notice

**END OF ORDER**