

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 10-18142-TJC |
| TIMOTHY ALLEN BURKE<br>   DEBTOR | |
| US BANK, NA<br>   MOVANT | |
| VS. | CHAPTER 7 |
| TIMOTHY ALLEN BURKE, Debtor<br>GARY A. ROSEN, Trustee<br>   RESPONDENT(S) | |

**ORDER FOR RELIEF FROM STAY
AS TO PROPERTY KNOWN AS 9 HARKNESS COURT, GAITHERSBURG, MD**

This cause having come on for consideration upon the Motion for Relief From Stay filed by US Bank, NA, and no response having been filed, it is therefore

ORDERED:

That the automatic stay provided by 11 U.S.C. Section 362(a) is hereby lifted to permit the Movant, US Bank, NA, its successors and/or assigns, to pursue its remedies under State law under the Deed of Trust recorded among the Land Records of Montgomery County in Liber No. 29541, folio 190, on the property known as 9 Harkness Court, Gaithersburg, Maryland, the Movant to pay to the Trustee any amount in excess of the Debt.

1

cc:

Mark S Devan
606 Baltimore Avenue, Suite 302
Towson, MD 21204
bankruptcy@mdmtglaw.com

Timothy Allen Burke
9 Harkness Court
Gaithersburg, MD 20879

Lawrence Heffner
151 W. Patrick St.
Frederick, MD 21701
lheffner@prodigy.net

Gary A. Rosen
One Church Street, Ste. 802
Rockville, MD 20850
grosen@covad.net

**End of Order**